UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

RONG DING,                                      Civil Action No. 07-CIV-9873
                                                   (Rakoff, J.( (Freeman, M.J.)
      Plaintiff,

 -against-
                                                DEFENDANT'S DISCLOSURE
CONTINENTAL AIRLINES, INC.,                     OF INTERESTED PARTIES

      Defendant.

-------------------------------------------------------------------x

   Defendant CONTINENTAL AIRLINES, INC., by its attorneys, McKeegan & Shearer, P.C., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

   See Exhibit "A" annexed hereto.


Dated: New York, New York
   November 5, 2007      McKEEGAN & SHEARER, P.C.


              By____/s/_____
                George P. McKeegan (GPM 8602)
                (A Shareholder of the Firm)
              Attorneys for Defendant
              192 Lexington Avenue
              New York, New York 10016
              (212) 661-4200

TO:   RICK J. RUTMAN, ESQ.
      POPICK, RUTMAN & JAW
      Attorneys for Plaintiff
      276 Fifth Avenue, Suite 704
      New York, New York 10001
      (212) 213-3676

EXHIBIT "A"

## Subsidiaries of Continental Airlines, Inc. (CAL)

| Name of Subsidiary | Business or Type of Operation | % Direct/Indirect Beneficial Ownership by CAL | Jurisdiction of Incorporation/ Organization |
|---|---|---|---|
| Air Micronesia, Inc. | Holding company | 100% | Delaware |
| Calair Capital Corporation | Financing entity | 100% | Delaware |
| Calair L.L.C. | Financing entity | 100% | Delaware |
| CALFINCO Inc. | Financing entity | 100% | Delaware |
| Century Casualty Company | Insurance | 100% | Vermont |
| Continental Airlines de Mexico, S.A. | Inactive | 100% | Mexico |
| Continental Airlines Domain Name Limited | Active | 100% | England |
| Continental Airlines Finance Trust II | Financing entity | CAL=Trust Sponsor | Delaware |
| Continental Airlines Fuel Purchasing Group, LLC | Purchasing company | 100% | Delaware |

| | | | |
|---|---|---|---|
| Continental Airlines Purchasing Holdings LLC | Holding company | 100% | Delaware |
| Continental Airlines Purchasing Services LLC (Converted from LP to LLC) | Purchasing company | 100% | Delaware |
| Continental Express Inc. | Inactive | 100% | Delaware |
| Continental Micronesia, Inc. | Air transportation | 100% | Delaware |
| Presidents Club of Guam, Inc. | Lounge club | 100% | Delaware |

Entities that hold more than 10% of Continental stock:

Barclays Global Investors, NA with 11.97%

AXA Financial, Inc. (various entities who own in total as a group) approx 10.4%