UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RONG DING,   　　　　　　　　　　　Civil Action No. 07 CIV 9873
　　　　　　　Plaintiff,   　　　　　(Rakoff, J.) (Freeman, M.J.)

　　-against-

CONTINENTAL AIRLINES, INC.,

　　　　　　　Defendant.
------------------------------------------------------------x

DEFENDANT CONTINENTAL AIRLINES, INC.'S RESPONSE
TO AUTOMATIC DISCLOSURE PRIOR TO DISCOVERY

　　PLEASE TAKE NOTICE that defendant CONTINENTAL AIRLINES, INC. (hereinafter "Continental"), by its attorneys McKeegan & Shearer, P.C., as and for its Response to Automatic Disclosure Prior to Discovery in accordance with Federal Rule 26(a)(1) of the Federal Rules of Civil Procedure, states:

　　<u>Automatic Disclosure 1.</u>　　Disclose the identity of all persons with pertinent information respecting claims, defenses and damages.

　　<u>Response 1</u>.　　At this time, Continental is aware of the following persons who may have pertinent information respecting claims, defenses and damages: plaintiff Rong Ding and Shirley Danku, Dorothy Wong-Low and Vanessa Cheatham of Continental.

　　<u>Automatic Disclosure 2.</u>　　Disclose a general description of all documents in the custody and control of the parties bearing significantly on claims and defenses.

　　<u>Response 2.</u>　　At this time, Continental is aware of the following documents: Continental Airlines' Station Report of Customer Incident; Flight Attendant Report; Flight List Document pertaining to plaintiff; document entitled, "Describe the Incident in Detail"; boarding pass for DING/RONGMS; Continental Airlines Customer Incident

Report; a handwritten statement from Shirley Danku; a handwritten statement from Dorothy Wong-Low; a handwritten statement from Vanessa Cheatham; a handwritten statement from Lyne Rapchak, and the redacted Passenger Name Report. Copies of such documents are annexed hereto.

<u>Automatic Disclosure 3.</u>    Provide authorizations to obtain medical, hospital, no-fault and worker's compensation records.

<u>Response 3.</u>   This automatic disclosure demand is inapplicable to Continental, the defendant in the captioned matter.

<u>Automatic Disclosure 4.</u>    Disclose the documents relied on by the parties in preparing the pleadings or documents that are expected to be used to support allegations.

<u>Response 4.</u>   See Response 2 above.

<u>Automatic Disclosure 5.</u>    Disclose the contents of any insurance agreement.

<u>Response 5.</u>   Continental objects to this demand on the grounds of relevance and on the grounds that the information requested is highly confidential and proprietary and the requested information is not calculated to lead to the discovery of admissible evidence. Without waiving said objection, the coverage limits that apply to this matter are in excess of the ad damnum in the Complaint. Global Aerospace is the custodian of this policy.

Dated:  New York, New York
      November 7, 2007                McKEEGAN & SHEARER, P.C.

                                           By___/s/_____
                                             George P. McKeegan (GPM 8602)
                                           (A Shareholder of the Firm)
                                    Attorneys for Defendant
                                    192 Lexington Avenue
                                    New York, New York 10016
                                    (212) 661-4200

TO:    RICK J. RUTMAN, ESQ.
        POPICK, RUTMAN & JAW
        Attorneys for Plaintiff
        276 Fifth Avenue, Suite 704
        New York, New York 10001
        (212) 213-3676

1. FLT ATTENDANT REPORT
2. CHECK-IN SEAT INFO,,
3. EMAIL FROM LEGAL,CO AFTER CONFERENCE CALL
4. DR CERT OK TO TRAVEL FROM HKG

RE 340053
RECEIVED
JUN 19 2007
Risk Management
340054
(SPARE FORM)



# Continental Airlines

## STATION REPORT OF CUSTOMER INCI[DENT]

**DATE AND TIME OF INCIDENT:** INFLIGHT 99/12 JUN A.M./P.M.
**AIRCRAFT #:** 20
**FLIGHT #:** 99
**GATE #:**
**FROM:** EWR
**TO:** HKG

**LOCATION OF INCIDENT (TERMINAL/INFLIGHT/JETWAY, etc.):** INFLIGHT
**WAS AN INCIDENT REPORT GIVEN TO CUSTOMER?** Y/N

**WAS EMERGENCY TREATMENT OFFERED?** Y/N
**IF YES, WHO PROVIDED TREATMENT?** AMBULANCE MET A/C ON ARRIVAL
**WAS IT ACCEPTED?** Y/N
**IF NO, WHY NOT?**

**NAME OF CUSTOMER OR INJURED PARTY:**
FIRST: RONG
INITIAL:
LAST: DING

**HOME ADDRESS:**
STREET NO.: WILAD
CITY:
STATE:
ZIP:
TELEPHONE #:

**SOCIAL SECURITY NO.:** PAX ROUTING WAS CO99 EWR HKG, CZ306 HKG CAN (GUANGZHOU
**SEX:**
**DOB:**
**OFFICE TELEPHONE #:**

**DESCRIBE THE INCIDENT IN DETAIL:**
PAX SUSTAINED INJURY INFLIGHT. SEE FLT ATTENDANT REPORT. PAX TRVLG WITH SON, LIANG/SHU JIM. AMBULANCE TOOK PAXS TO SAINT MARGARET'S HOSPITAL, HONG KONG. INFORMATION AS PER MR LIANG WAS THAT ARM BROKEN & DOCTOR NEED PERFORM SURGURY. MR LIANG SAYS THAT COST VERY HIGH, SO PLAN TO LEAVE HOSPITAL, NO SURGO (AFTER SPENDING ONE NITE) AND GO BACK TO CHINA TO CONTINUE HEALING. MR LIANG PAID ALL MEDICAL BILLS. I DECLINED TO PAY MEDICAL BILLS ON BEHALF OF COMPANY EXPLAINING THAT HE NEEDS TO DO THE "CUSTOMER INCIDENT REPORT" AND SUBMIT WITH MEDICAL INV. TO CO FOR INVESTIGATON BEFORE ANY REIMBURSEMENT OR COMPENSATION. ATTACHED IS AN EMAIL EXPLANATION BECAUSE HE NEEDED SOMEONE MORE SENIOR AT CO TO EXPLAIN COMPANY'S STANCE

**WITNESSES (PRINT) NAME:** NOT AVAILABLE
**ADDRESS:**
**TELEPHONE #:**

**REPORT PREPARED BY:** P. WISER
**DATE:** Jun 14/2007
**EMPLOYEE #:** 09812CM
**BASE:** HKG

**SIGNATURE:** Paul
**DATE:** Jun 14, 2007

**DISTRIBUTION:**
WHITE/ORIGINAL - RISK MANAGEMENT via BOARDMAIL - HQSRK
OR FAX (713) 324-5661
YELLOW - STATION MUST MAINTAIN FILE FOR 6 MONTHS UNLESS SETTLED (THEN FORWARD TO HQSRK)

INFLT 23 (4/99)
00-0703-3-1298

## Continental Airlines

☑ Customer Injury/Illness
☐ Customer Conduct
☐ Damage to Customer Property

Place sticker from Customer Report here. Customer Report required for customer injury / illness / damage.

# Flight Attendant Report

FORM TO BE COMPLETED AND SUBMITTED BY INFLIGHT CREW WITHIN 24 HOURS

| DATE AND TIME OF INCIDENT | AIRCRAFT # | FLIGHT# | GATE# | FROM: | TO: |
|---|---|---|---|---|---|
| 6-13-07  9:15 AM | 20 | 99 | | EWR | HKG |

DESCRIBE THE LOCATION OF THE INCIDENT (TERMINAL, JETWAY, INFLIGHT, etc.): PAX from Seat 21-D Fell in Lav during turbulence
WAS A CUSTOMER REPORT GIVEN TO THE CUSTOMER? Y / **N**

WAS EMERGENCY TREATMENT OFFERED? Y / **N** IF YES, WHO PROVIDED THE TREATMENT?
WAS IT ACCEPTED? Y / **N** IF NO, WHY NOT?

NAME OF CUSTOMER: DING (First)   RONG (Last)

HOME ADDRESS: TELEPHONE # CAN-34149890

SEX: F   DOB: 6-26-47

**DESCRIBE THE INCIDENT IN DETAIL:**

While on Final decent, crew member alerted me that pax 21-D was injured. I went to check. needed speaker to aid me. used Jasmine. was told pax Fell in Lav during turbulence. It appears she dislocated her elbow. We alerted the Capt. and it was too late for med link. He talked to ops. Medics to meet the plane. PAX is Female age 77. Traveling with sons

was not informed until 10 mins to taking our jump seats

Correction - she Fell by Door 3 - then went to Lav

WITNESS INFORMATION
NAME: Wong Wm Ming
PHONE NUMBER: 917-535-6683

WITNESS INFORMATION
NAME: Shirley Danks
# 98669
PHONE NUMBER: 330 780 5242

DISTRIBUTION:
WHITE (ORIGINAL) - PLACE IN WHITE ENVELOPE, BOARDMAIL TO HQSRK
YELLOW - PLACE IN YELLOW ENVELOPE, BOARDMAIL TO IAHIT
PINK - FLIGHT ATTENDANT'S COPY

FLIGHT ATTENDANT'S NAME: _____
EMP#: _____  BASE: _____
SIGNATURE: _____
DATE: _____

INFLT26 (01/05)
00-0703-1333

```
*
NAME LIST   FLT   99  DATE 12JUN   EWR  SPECIFIC NAME
  ID      PASSENGER NAME  DST  ADDR PTY SUR CLS TO-FLT FRMFLT 2ND
  EWR
D321  *      DING/RONGMS  HKG ABHRJQ  2   1  V                  99
          BO
SEQ NBR   212
                  EWR TO HKG   Y   N   21D


**************** FLT CO99 IN POSSIBLE OVS. PLZ SOLICIT VOLS.
SEE   //OVS/FLT/99 ****************
ZONE 1 COORD EXT 13501
LOAD PLANNER EXT 47229
*

NAME LIST   FLT   99  DATE 12JUN   EWR  SPECIFIC NAME
  ID      PASSENGER NAME  DST  ADDR PTY SUR CLS TO-FLT FRMFLT 2ND
  EWR
L322         LIANG/SHUJIM HKG ABHRJQ  2   1  V                  99
          B2   CO 725365/66
SEQ NBR   211
                  EWR TO HKG   Y   N   21F


**************** FLT CO99 IN POSSIBLE OVS. PLZ SOLICIT VOLS.
SEE   //OVS/FLT/99 ****************
ZONE 1 COORD EXT 13501
LOAD PLANNER EXT 47229
*
```

DESCRIBE THE INCIDENT IN DETAIL

On Jun 12 2007 Ms Ding Rong took flight CO 99Y from New York to Hong Kong. About 50 minutes before arriving Hong Kong Ms Ding went to the Restroom of the airplane, suddenly the airplane encountered the turbulence and jolted Ms Ding fall down to the ground and injured her left arm, the air hostess helped Ms Ding back to the seat. As soon as the airplane arrived Hong Kong after 46 minutes, Ms Ding was sent to Princess Margaret Hospital by ambulance. Under the approve of the doctor of Margaret hospital, Ms Ding transferred to Guangzhou Red Cross hospital on Jun 15 9:00 am discharge from there on Jun 29 12:00am

Hong Kong Princess Margaret Hospital expense:   HK$ 3870

Guangzhou Red Cross hospital expense:   RMB28855.5