# Continental Airlines

DATE:    October 5, 2007

TO:    Vanessa Cheatham (0618N)

FROM:    Gladys Irizarry
Directors Assistant

RE:    CUSTOMER INCIDENT REPORT

Risk Management has requested that you provide details of what you recall concerning the customer incident that is attached. If you do not have any knowledge of the incident, please **state so and sign your name**.

Please turn in your written, signed statement on the attached memorandum to my v-file no later than **14 days from the above date** so that I can provide your response to Risk Management in a timely manner.

Thank you so much for your prompt attention to this matter.

YES I do Recall the Incident & Customer. This customer throughout The flight continue to be out of her seat. When the seatbelt sign was on, and during Turbulence we Asked her the entire flight to Pls TAKE her seat. She Ignored us constantly. I didn't see her FA but, she fell during the decent, again out of her seat with the seatbelt sign on, and announcement when I saw what it was that ha[d]

11/09/2007 10:21  13052247302                              PAGE 02/02
NOV-04-2007 13:26

Pax Kong Ding

To Gladys Irizarry,
  EWR Inflight

On this flight I remember telling this passenger to take her seat when it got turbulent on the plane and the seatbelt sign came on. I remember some of the crew also telling her to take her seat. She was always getting up. This passenger <u>never</u> listened to any crew member to take her seat!

Lyne Rapchak
10949

TOTAL P.01

Nov-14-2007 11:36   From-CONTINENTAL AIRLINES           T-894  P.002/002  F-253

```
PAGE 31,246 CONTINENTAL AIRLINES    FLIGHT NUMBER 0099    NAME DIMAGIBA         P  D  I  FOR  12JUN07      RUN DATE 14JUN07

    /PHP/AS                         SSRADTK1SKK2. CO - PNR CANCELLED DUE TO    ER TO AID USED
HDQ RM 1B 17APR 0647Z               EXPIRED TTL                                CREW MEMBER JASMING X WAS TOLD PAX FELL
********************************    SSRADTK1SKK2. CO - TTL HAS EXPIRED. PNR    DURING TURBULANCE
                                    SUBJECT TO                                 IT APPEARS SHE DISLOCATED HER ELBOW X AL
                                    SSRADTK1SKK2. CO - CANCELLATION ON 06JUN   ERTED CAPTAIN
                                    2007/0236Z                                 AND IT WAS TOO LATE FOR MED LINK X HE TA
                                    SSRADTK1SKK2. CO - 2ND NOTICE PLZ TICKET   LKED TO OPS
                                    BY 06JUN2007/0236Z                         MEDICS TO MEET THE PLANE X PAX IS FEMALE
                                    SSRADTK1SKK2. CO - OR PNR WILL AUTO CANC   AGE 77
                                    EL PER TTL RULE                            TRAVELLING WITH SON X END OF REPORT
                                    OSI CO NXTM FC-JCB 002                     11 REMARKS ADDED BY HKG AS IM 13JUN 1629
                                    OSI CO NXTM FC-NYC CO X/HKG Q100.00CZ CA   Z D803A9
                                    N Q4.22 495.00RK148HXV CZ                  THROUGH RADIO CAPT ADV 21D PAX WAS FAINT
                                    OSI CO NXTM FC-X/HKG CO NYC Q100.00Q4.22   X AMBULANCE
                                    495.00RK148HXV NUC                         WAS ARRANGED AT SHIPSIDE UPON ARVL X PAX
                                    OSI CO NXTM FC-1198.44END ROE1.00 XT7.00   DING/RONGMS
                                    XY5.00XA2.50AY11.80CN                      CLAIMED SHE CANNOT MOVE HER ARM BUT SHE
                                    OSI CO NXTM FC-4.50XFEWR4.5                WAS NOT
                                    OSI CO TKNO 0057051716830/1                UNCONSCIOUS AND AGREED TO GO TO ST MARGA
                                    OSI CO USE RK148HXV FARE CODE              RET HOSIPITAL
                                    OSI CO TKT IS NON END NON RRTE VALD CO A   ASSIGNED STAFF TO ACCOMPANY N AFTER DOCT
                                    ND CZ ONLY                                 OR CONSULTATION
                                    SSROTHSCOCNLCZ306PERDUPEWZRLQC JLD8G       PAX NEED TO DO SURGERY DUE HER BONE NEAR
                                    SSROTHSCOCANCELEDDUETONOSHOAT AIRPORT       ELBOW WAS BROKEN
                                    MKS-TTL CODE 21 RULE 3006 PLEASE TICKET B  CUSTOMER INCIDENT REPORT WAS PASSED TO H
                                    Y 05JUN2007/1900Z                          ER SON
     [Redacted]                     OR PNR WILL AUTO CANCEL PER TTL RULE       MR LIANG/SHUJI X OFFERED PANDA HOTEL WHI
                                    02 REMARKS ADDED BY CRC SU RI 05JUN 0258   CH LOCATED NEAR
                                    Z D1F8F0                                   HOSPITAL WITH SINGLE ROOM AND BREAKFAST
                                    TTL CODE 21 RULE 3006 CANCELLED DUE TO E   X AS PER MR LIANG
                                    XPIRED TTL                                 RQ TO REBK CZ306/14JUN/HKGCAN FOR MSCN P
                                    02 REMARKS ADDED BY CRC SU RI 05JUN 1900   ROTN...HKGKKCO/SERENA
                                    Z D1F8EF                                   10 REMARKS ADDED BY HKG AS IM 13JUN 2012
                                    TTL CODE 21 RULE 3006 TTL HAS EXPIRED      Z D803A9
                                    PNR SUBJECT TO CANCELLATION ON 06JUN2007   UNDF-SSRPSPTCOHK/$O-LIANG/SHUJIMR$N-LIANG/
                                    /0236Z                                     SHUJI$D-P/148134415$E-091129$C-CN$B-5707
                                    02 REMARKS ADDED BY CRC SU RI 05JUN 2036   25$G-M|02.01
                                    Z D1F8F2                                   SSRPSPTCOHK/$O-DING/RONGMS$N-DING/RONG$D
                                    REZ*AGENT ERROR AE01                       -P/309457094$E-161127$C-US$B-300626$G-F|
                                    02 REMARKS ADDED BY GGP SU HH 05JUN 2039   01.01
                                    Z D177A4                                   1 CO   99V 12JUN EWRHKG HK 2   300P  650P
                                    HADV AGCY OK TO ISSUE PAPER TICKET W/O F   2 CZ  301M 11JUL CANHKG HK 1   825A  920A
                                    EE DUE TO CZ E SYS                         3 CO   98V 11JUL HKGEWR HK 1  1025A  205P
                                    PROBLEM                                    4 ARNK
                                    02 REMARKS ADDED BY GGP SU HH 05JUN 2131   5 CZ  302M 14JUN HKGCAN HK 1  1020A 1055A
                                    Z D177A4                                   *****        PNR HISTORY       *********
                                    CARS REACCOMM CO99 13JUN EWRHKG QUED 6/1   AS CO   98M 11JULHKGEWR DK/SS 2 1025A  205P
.... PNR.ABHRJQ CR04JUN 2045Z HDQ BY RM 1S  2/2007 6:38:48 PM                  XL HDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US/U
***1.1DING/RONGMS                   01 REMARKS ADDED BY WEE SU CA 12JUN 2238      SD/AS
FONE-NYC964-6530*A TOUR EAST/P212   Z D168CD                                   RCHDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US
  NYC964-6530*TOUR EAST HOLIDAYS/P212  12JUN/NNTC/PER SYS CTRL/CO99/DLYD 2:09/A    /USD/AS
  NYC964-6530*TOUR EAST HOLIDAYS/P212  TC/PROT BKD                             HDQ RM 1S 04JUN 2047Z CD5EB8 CO
  NYC964-6530*A TOUR EAST/P212      01 REMARKS ADDED BY FFC SU BD 13JUN 0020   XS CO   98M 11JULHKGEWR HX/XX 2 1025A  205P
  NYC964-6530*TOUR EAST HOLIDAYS/P212  Z D11159                                AS CO   98V 11JULHKGEWR OB/SS 2 1025A  205P
RLOC-HDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US  HKG CO99/12JUN/EWRHKG ARVL //FLIGHT ATTE  RCVD-SL
    /USD/AS                         NDANT REPORT//                             VIL SU HQ 04JUN 2050Z D2281C CO
G FX-SSRADTK1SKK2. CO - PLEASE TICKET BY 0  BY ISM DANKU SHIRLEY H.....PAX DING/RONG  AS CZ 301M 11JULCANHKG HK/HK 2  825A  920A
5JUN2007/1900Z                      MS 21D WAS                                 XL HDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US/U
    SSRADTK1SKK2. CO - OR PNR WILL AUTO CANC  INJURED X SHE FELL DOWN NEAR BY DOOR 3 D    SD/AS
    EL PER TTL RULE                 URING TURBULANCE                           RCHDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US
    SSRADTK1SKK2. CO - 2ND NOTICE PLZ TICKET  THEN WENT TO LAVATORY                /USD/AS
    BY 05JUN2007/1900Z              WHILE ON FINAL DECENT CREW MEMBER ALERTE   HDQ RM 1S 04JUN 2058Z
    SSRADTK1SKK2. CO - OR PNR WILL AUTO CANC  D THAT PAX 21D                   X5 01 REMARKS ADDED BY VIL SU HQ 04JUN 205
    EL PER TTL RULE                 WAS INJURED X WENT TO CHECK NEEDED SPEAK   0Z D2281C
```

```
PAGE 31,247 CONTINENTAL AIRLINES    FLIGHT NUMBER 0099    NAME DING/RON         P  D  I  FOR  12JUN07    RUN DATE 14JUN07
RCVD-TRE
CRC SU RI 05JUN 0258Z D1F8F0 CO
XS CO  98V 11JULHKGEWR HX/XX 2 1025A  205P
XS CO  99V 12JUNEWRHKG HX/XX 2  300P  650P
RCVD-TRE - CANCELLED DUE TO EXPIRED TTL
CRC SU RI 05JUN 1900Z D1F8EP CO
AS CO  99V 12JUNEWRHKG DK/SS 2  300P  650P
AS CO  98B 11JULHKGEWR DK/SS 2 1025A  205P
XL HDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US/U
   SD/AS
RCHDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US
     /USD/AS
HDQ RM 1S 05JUN 2031Z CD5E90 CO
XS CO  98B 11JULHKGEWR HX/XX 2 1025A  205P
AS CO  98V 11JULHKGEWR OB/SS 2 1025A  205P
RCVD-EZR-2.25.15-JUDY
GGP SU HH 05JUN 2039Z D177A4 CO
AS CZ 302M 14JUNHKGCAN NN/SS 2 1020A 1055A
RCVD-EZR-2.25.15-FRC BD
FFC SU BD 13JUN 0020Z D11159 CO
SC CZ 306M 13JUNHKGCAN HK/NO 2  820P  910P
RCHDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US
     /USD/AS
PEK RM CA 13JUN 0335Z
XN 1LIANG/SHUJIMR
RN CZ 301M 11JULCANHKG HK/HK 2  825A  920A
RN CO  98V 11JULHKGEWR OB/HK 2 1025A  205P
RN CZ 302M 14JUNHKGCAN NN/HK 2 1020A 1055A
XL HDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US/U
   SD/AS
RCHDQ1SCUBKAY/2CQ2/33881993/LGA/1S/T/US
     /USD/AS
PEK RM CA 14JUN 0236Z
.... QUEUE HISTORY ....
LO99/12JUNEWR-QUBH43
-*** SU CA 12JUN2238Z D168AF WEE/**
QEP/UBH/70
-*** SU CA 12JUN2238Z D168CD WEE/**
E
-UBH SU BD 13JUN0020Z D11159 FFC/70
SYSQ/TWD/88
-INCOM TTY 14JUN0236Z
*********************************
```

Redacted

Redacted

AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ss.:
COUNTY OF NEW YORK    )

LINDA ARCARA, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years and reside in Bayside, New York.

That on the 262th day of November 2007, I served a true copy of DEFENDANT CONTINENTAL AIRLINES, INC'S RESPONSE TO AUTOMATIC DISCLOSURE PRIOR TO DISCOVERY in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known of the addressee(s) as follows:

> RICK J. RUTMAN, ESQ.
> POPICK, RUTMAN & JAW
> 276 Fifth Avenue, Suite 704
> New York, New York 10001

Sworn to before me this
26th day of November 2007

_____/s/_____
           Linda Arcara

__/s/_____
        Notary Public

**GEORGE P. McKEEGAN**
**Notary Public, State of New York**
**No. 02MC6131547**
**Qualified in Westchester County**
**Commission Expires August 8, 2009**