## Continental Airlines — PTKT 1

Name: DING/RONGMS
Date: 12JUN
OnePass: XXHRJQ
Flight: CO 99Y
Gate: C75

HRG PAPER TKT

## Continental Airlines — BOARDING PASS

Name: DING/RONGMS
Date: 12JUN
OnePass:
Flight: CO 99Y  212
Mileage:
Gate: C75   Seat: 21D
Departure: NEWARK  300P
Arrives: HONG KONG  650P
Board Time: 225P

## 中国南方航空 CHINA SOUTHERN

NAME OF PASSENGER: DING/RONGMS
FROM: HONGKONG
TO: GUANGZHOU
FLIGHT: CZ 308   CLASS: M   DATE: 14JUN   TIME: 1620
GATE: G26   BOARDING TIME: 1540   SEAT: 6C   SMOKE: 否
ECONOMY CLASS
THIS IS A NON SMOKING FLIGHT

---

Dear Customer/Estimado Cliente:
Thank you for taking a moment to provide optional contact information.
Agradecemos que nos proporcione información opcional sobre otra persona con la que podamos ponernos en contacto.

Name/Nombre: _____
Phone Contact/Teléfono: _____
(Include country code, area code & number. Incluya las claves del país y la ciudad y el número de teléfono.)
(Must not be traveling with you today. No debe estar viajando con usted el día de hoy.)
This information is only retained for 24 hours. Esta información se retiene solamente 24 horas.

**International Documentation Checklist** (To be completed by Continental Agent only):

| | | Customer's Nationality: _____ |
|---|---|---|
| Destination Country: | | |
| Passport Required: | Yes / / No / / | Expiration: _____ |
| APIS Completed: | Yes / / No / / | If no, ID used: _____ |
| Valid Visa Required: | Yes / / No / / | Expiration: _____ |
| Visa Waiver Applicant: | Yes / / No / / | Verify forms. |
| Tourist Card Issued: | Yes / / No / / | For _____ |
| US Taxes / Fees Collected: | Yes / / No / / | (County) |

This portion of the boarding pass should be retained as evidence of your journey.

Esta porción del pase de abordar debe guardarse como prueba de su viaje.

REV. 9-98

Please provide optional contact information on the reverse of this boarding pass.

# Continental Airlines

340053

RECEIVED OCT 1 2 2007 Risk Management

## CUSTOMER INCIDENT REPORT

FORM TO BE COMPLETED BY CUSTOMER ONLY.
THEY MAY COMPLETE IT ON THE SPOT, OR TAKE IT WITH THEM
AND MAIL IT TO THE ADDRESS AT THE BOTTOM OF THE FORM

**NAME OF CUSTOMER OR INJURED PARTY**
FIRST: RONG
INITIAL:
LAST: DING

**HOME ADDRESS**
STREET NO.: 90 PITT. ST #2C
CITY: New York
STATE: NY
ZIP: 10002
TELEPHONE #: 212 226 7672

**SOCIAL SECURITY NO.:** 120 746313
**SEX:** FEMALE
**DOB:** Jun 26 1930
**OFFICE TELEPHONE #:**

**DATE AND TIME OF INCIDENT:** Jun 13 8:30 - 9:00 PM  P.M.
**DESCRIBE THE EXACT LOCATION OF INCIDENT:** Left humerus

**FLIGHT #:** CO 99Y   CO* ABHRJG
**FROM:** New York
**TO:** Hong Kong

**WAS EMERGENCY TREATMENT OFFERED? Y/N   IF YES, WHO PROVIDED TREATMENT?**
**WAS IT ACCEPTED? Y/N   IF NO, WHY NOT?**
No   The captain told us there is no doctor on the airplane

**DESCRIBE THE INCIDENT IN DETAIL:**
On Jun 12, 2007 Ms Ding Rong took flight CO 99Y from New York to Hong Kong. About 50 minutes before arriving Hong Kong, Ms Ding went to Rest Room of the airplane Suddenly the airplane encountered the turbulence and jolted Ms Ding fell down to the ground and injured her left arm, the (air hostess) helped Ms Ding back to the seat. As soon as the airplane arrived Hong Kong after 46 minutes, Ms Ding was sent to Princess Margaret hospital by ambulance. under the approve of the doctor of Margaret hospital, Ms Ding transfered to the Guangzhou Red Cross hospital on Jun 15 9:00 AM and discharged from there on Jun 29 12:00 AM

**DESCRIBE INJURY:**
1. Left humerus fracture and Radial nerve injured
2. Hypertension

**WITNESSES (PRINT):**
NAME: ShuJi Liang (SON OF MS DING/RONG)
ADDRESS: 90 PITT. ST #2C New York
TELEPHONE #: 212 226 7672 (191 7293 7819)

SIGNATURE: MR. LIANG / SHUJI
DATE: 04 July 2007

[Margin note: FEMALE CO ORIENTAL INFLIGHT THAT SPOKE MANDARIN]

INFLT 24 (4/99)
00-0703-3-1299

**MAIL TOP (WHITE) COPY TO:**
CONTINENTAL AIRLINES
RISK MANAGEMENT DEPARTMENT - HQSRK
P.O. BOX 4607
HOUSTON, TX 77210-4607

From Shirley Danku 18669



PAGE 02

**Continental Airlines** SKYTEAM

To: Gladys Irizarry

RE: CIR

During the phase of flight this occured, I was busy doing Ism duties regarding Landing Preparatio I wasn't informed of the incident until we were in final approach. Not sure which F/A was doing the final walk through. Seat back tray table - seat belt confirm This is when the pax told the F/A about his mother's fall.

F/A said she told the Lady to return to her seat earlier in the flight. Seat belt sign was on. It was moderate to rough turbulance. Pax Rong Di insisted she was going to use the Lav. This is apparently when she fell.

The Captain had told us to take our jumpsea for Landing when all of this was brought t my attention. Paramedics met the flight as I broke through the sterile light and informe flight deck. The station ...

DM

## Continental Airlines



### FAX

| | |
|---|---|
| TO: | Gladys Irizarry<br>EWR INFLIGHT |
| FAX: | (973) 681-1892 |
| DATE: | 09/26/2007 |
| FROM: | LYNN BABB<br>RISK MANAGEMENT<br>713-324-5661-FAX<br>(888) 870-8481 Ext:-PHONE |
| PAGES: | 1 INCLUDING COVER SHEET |
| RE: | PAX-RONG DING<br>EWR/HKG<br>DOI-6/12/2007<br>FLT#99 |

The pax is alleging that she dislocated her elbow when she fell due to turbulence. Did anyone witness this? Was there turbulence? Was it bad? Was the seat belt light on? Did anyone see the injury?

**PLEASE HAVE THE FOLLOWING F/A'S PROVIDE ME WITH A STATEMENT CONCERNING THIS ALLEGED INCIDENT.**

Zhang, Hai Yang (F7117) —PL    Castle, Jean (0991K) —PL    Wong-Low, Dorthy (0980H) —J. FRANK

Rapchak, Lynne (10949) —SA    Kwong, Rachel (F6887) —PL    Driskell, Teri (0922C) —J. FRANK

Cheatham, Vanessa (0618N) —DM    Wong Wai Ming (E8158) PL    Danku, Shirley (98669) —DM

PLEASE FAX A WRITTEN STATEMENT AND INCLUDE THE PASSENGER'S NAME ON EACH STATEMENT. IF THERE IS AN INFLIGHT REPORT ON THIS PASSENGER'S INCIDENT, PLEASE FAX THE REPORT. IT IS <u>IMPERATIVE</u> THAT ALL F/A'S RESPOND IN A TIMELY MANNER EVEN IF THEY REMEMBER NOTHING.

<u>JUST FACTS, NO PERSONAL COMMENTS, PLEASE - IF YOU HAVE QUESTIONS OR WISH TO DISCUSS THE INCIDENT PLEASE CALL Lynn Babb AT (888) 870-8481 Ext:</u>

Please make a thorough search of and retain all original documents, files, notes, and e-mails, whether in electronic or hard copy format. You must also put a <u>hold</u> on any normal destruction of such documents, files, notes, and e-mails under Continental's Record Retention Policy, or elsewhere in your normal file deletion practices, until further notice.

I remember a chinese lady being met in HKG by medical personnel. It was a turbulent flight F/A's asked paxs to be seated many, many times!!! some paxs persisted to stan up!!! walk around, etc... go to bathroom, etc...    F/A # 0980H
Dorothy M Wong-Low