RAKOFF, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

RONG DING,

      Plaintiff,

-against-

CONTINENTAL AIRLINES, INC.,

        Defendant.

-------------------------------------------------------------x

Civil Action No. 07 CIV 9873
(Rakoff, J.) (Freeman, M.J.)

STIPULATION AND
ORDER OF DISMISSAL

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendant in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice as against defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
   January 23, 2008

McKEEGAN & SHEARER, P.C.

_____
George P. McKeegan (GPM-8602)
Attorneys for Defendant
192 Lexington Avenue, Suite 701
New York, New York 10016

POPICK, RUTMAN & JAW

_____
Rick J. Rutman (RJR-5093)
Attorney for Plaintiff
276 Fifth Avenue, Suite 704
New York, New York 10001

SO ORDERED:

_____
United States District Court

2-19-08